1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TECHNOGYM S.p.A., an Italian corporation, | |
|---|---|
| Plaintiff, | Case No.   2:10-cv-358 |
| vs. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| SPORTS ART AMERICA, INC., a Washington corporation, | |
| Defendant. | |

Technogym S.p.A. alleges:

**PARTIES**

1.       Plaintiff is Technogym S.p.A. which is a corporation organized under the laws of Italy having its principal place of business at Via Perticari, 20, 47035 Gambettola (FC) Italy (**Technogym**).

2.       Defendant is Sports Art America, Inc., which is a corporation organized under the laws of the state of Washington, having its principal place of business at 19510 144th Avenue

COMPLAINT FOR PATENT INFRINGEMENT
Case No.
Page 1 of 5

**STRATTON LAW & MEDIATION P.S.**
18850 - 103RD AVENUE SW, STE 202
VASHON ISLAND, WA  98070
TEL:  (206) 682-1496 • FAX:  (206) 260-3816

NE, Ste. A-1, Woodinville, Washington, 98072 and doing business as SportsArt Fitness (**SportsArt**).

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. Personal jurisdiction and venue is proper in the Western District of Washington pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b) in that a substantial part of the events giving rise to Technogym's claims occurred in this district and SportsArt has it principal place of business in this District.

## FACTS COMMON TO TECHNOGYM'S CLAIM FOR PATENT INFRINGEMENT

5. United States Patent No. 6,786,850 (**'850 patent**) was issued on September 7, 2004, bearing the title *Exercise Apparatus for Simulating Skating Movement*. A copy of the '850 patent is attached hereto as Exhibit A.

6. United States Patent No. 7,115,073 (**'073 patent**) was issued October 3, 2006, bearing the title *Exercise Apparatus for Simulating Skating Movement*. A copy of the '073 patent is attached hereto as Exhibit B.

7. United States Patent No. 7,556,592 (**'592 patent**) was issued July 7, 2009, bearing the title *Method of Using Exercise Apparatus for Simulating Skating Movement*. A copy of the '592 patent is attached hereto as Exhibit C.

8. Technogym B.V., Manno Branch, a Swiss corporation, is the owner by assignment of the '850, '073 and '592 patents.

9. Technogym S.p.A. is the exclusive licensee of the '850, '073 and '592 patents.

10. SportsArt, on information and belief, is a wholly owned subsidiary of SportsArt

COMPLAINT FOR PATENT INFRINGEMENT
Case No.
Page 2 of 5

**STRATTON LAW & MEDIATION P.S.**
18850 - 103RD AVENUE SW, STE 202
VASHON ISLAND, WA  98070
TEL:  (206) 682-1496 • FAX:  (206) 260-3816

Industrial Co., Ltd., No. 11, Gong Huan Rd., Tainan Technology Industrial Park, Tainan City, Taiwan, Republic of China (SportsArt Industrial), which manufactures and sells to SportsArt the S770 Pinnacle Trainer, the exercise device accused of infringement in this lawsuit.

11. SportsArt imports, uses, sells and offers to sell the exercise device identified as the S770 Pinnacle Trainer, which device falls within the scope of one or more claims of the '850, '073 and '592 patents (collectively the **patents-in-suit**).

## SOLE CLAIM FOR RELIEF
Infringement of U.S. Patent Nos. 6,786,850, 7,115,073 and 7,556,592

12. SportsArt infringes and continues to infringe the patents-in-suit by importing into the United States, using, selling and offering to sell the S770 Pinnacle Trainer, which device includes elements and methods that embody one or more of the claims of the patents-in-suit.

13. By selling or offering to sell the S770 Pinnacle Trainer, SportsArt engages in activities that contribute to the infringement of or induce others to infringe the patents-in-suit as proscribed by 35 U.S.C. § 271(f).

14. On information and belief, SportsArt has and has had full knowledge of the patents-in-suit before the initiation of this lawsuit and its actions are therefore willful and deliberate.

15. SportsArt will continue to willfully infringe the patents-in-suit unless enjoined by this Court. Technogym has no adequate remedy at law.

16. As a direct and proximate cause of SportsArt's infringement of the patents-in-suit, Technogym has been and will continue to be damaged in an amount yet to be determined.

17. As a result of SportsArt's willful infringement the case is exceptional.

COMPLAINT FOR PATENT INFRINGEMENT
Case No.
Page 3 of 5

**STRATTON LAW & MEDIATION P.S.**
18850 - 103RD AVENUE SW, STE 202
VASHON ISLAND, WA  98070
TEL:  (206) 682-1496 • FAX:  (206) 260-3816

## PRAYER

Technogym prays for the following relief:

A.  For a judgment holding Sports Art America, Inc. liable for infringement of the patents-in-suit;

B.  For an award of damages adequate to compensate Technogym for SportsArt's infringement of the patents-in-suit, including enhanced damages and other damages as allowed by 35 U.S.C. § 284;

C.  For injunctive relief enjoining SportsArt, its directors, officers, employees and agents, and all those who are in active concert with SportsArt or participate with SportsArt in acts of infringement of the patents-in-suit:

    a.  From making or having made any product or providing any service incidental thereto that falls within the scope of the claims of the patents-in-suit;

    b.  From using any product, method or providing any service incidental thereto that falls within the scope of the claims of the patents-in-suit;

    c.  From selling, offering to sell, licensing or purporting to license any product, method or offering any services incidental thereto that falls within the scope of the claims of the patents-in-suit;

    d.  From importing into the United States any product that falls within the scope of the claims of the patents-in-suit;

    e.  From actively inducing others to infringe any claim of the patents-in-suit;

    f.  From engaging in acts that constitute contributory infringement of any claim of the patents-in-suit; and

    g.  From engaging in any act of infringement of any claim of the patents-in-

COMPLAINT FOR PATENT INFRINGEMENT  
Case No.  
Page 4 of 5

**STRATTON LAW & MEDIATION P.S.**  
18850 - 103RD AVENUE SW, STE 202  
VASHON ISLAND, WA  98070  
TEL:  (206) 682-1496 • FAX:  (206) 260-3816

suit.

D.  For an order directing SportsArt to deliver up for destruction any infringing product in its care, custody or control;

E.  For an order declaring that this case is exceptional and that Technogym be awarded its attorneys fees and cost of suit against SportsArt as permitted by 35 U.S.C. § 285;

F.  For an award of Technogym's costs of this action; and

G.  For such further relief as this Court deems just and equitable.

Dated: March 4, 2010

By: /s/ Rex B. Stratton
Rex B. Stratton, WSBA No. 1913
STRATTON LAW & MEDIATION P.S.
18850 – 103rd Avenue SW, Suite 202
Vashon, WA  98070
Telephone:   206-682-1496
Facsimile:    206-260-3816
Email:         stratton@rbs-law.com

By: /s/ Chris E. Svendsen
Chris E. Svendsen, WSBA No. 33659
SVENDSEN LEGAL, LLC
4706 W. Chestnut Avenue
P.O. Box 10627
Yakima, WA  98908-3263
Telephone:   (509) 949-6707
Facsimile     (509) 453-4704
Email:         csven@svenlegal.com

Attorneys for Technogym S.p.A.

COMPLAINT FOR PATENT INFRINGEMENT
Case No.
Page 5 of 5

STRATTON LAW & MEDIATION P.S.
18850 - 103RD AVENUE SW, STE 202
VASHON ISLAND, WA  98070
TEL:  (206) 682-1496 • FAX:  (206) 260-3816